# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2376
_____

FRANCIS W. PAYNE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Wakulla County.
John C. Cooper, Judge.

February 15, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Francis W. Payne, pro se, Appellant.

Ashley B. Moody, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.